```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____                 │
│ DATE FILED: 7/2/10                   │
└─────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
DIANE WORD,                               :
                        Plaintiff,        :
                                          :       09 Civ. 8983 (DLC)
            -v-                           :
                                          :            ORDER
ANTHONY J. ANNUCCI,                       :
                        Defendant.        :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

        Pursuant to the May 27, 2010 Memorandum Opinion, plaintiff

was required to pay the entire filing fee no later than June 28,

2010.  No filing fee having been paid, it is hereby

        ORDERED that the complaint is dismissed with prejudice.

The Clerk of Court shall close the case.


        SO ORDERED:

Dated:     New York, New York
           July 2, 2010

                                    _____
                                            DENISE COTE
                                    United States District Judge

COPIES SENT TO:


Diane Word
96-G-0380
Bedford Hills Correctional Facility
247 Harris Road
P.O. Box 1000
Bedford Hills, NY 10507

Wesley E. Bauman
Assistant Attorney General
Office of the Attorney General of the
State of New York
120 Broadway
New York, NY 10271-0332